| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>Rosita Sabrosso-Rennick | COURT CASE NUMBER<br>5:17-cv-114-BO |
|---|---|
| DEFENDANT<br>North Carolina State Treasurer | TYPE OF PROCESS<br>Summons&Complaint |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  North Carolina Department of State Treasurer
- ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
  3200 Atlantic Avenue, Raleigh, NC 27604

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Rosita Sabrosso-Rennick
2507 Triangle Lake Road
High Point, NC 27260

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

RECEIVED MAR 2 7 2017 U.S. Marshals Service, EDNC

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>443-240-3260 | DATE<br>3/24/17 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 56 | District to Serve<br>No. 56 | Signature of Authorized USMS Deputy or Clerk<br>Carol Smith | Date<br>3-27-17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date<br>3-30-17 | Time | ☐ am<br>☐ pm |

Signature of U.S. Marshal or Deputy
Carol Smith

| Service Fee<br>8.00 | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges<br>8.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>8.00  $0.00 |
|---|---|---|---|---|---|

REMARKS: 3-27-17 cm 7016 0910 0000 6529 3940
4-3-17 See Green card

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FILED APR 2 7 2017 PETER A. MOORE, JR., CLERK US DISTRICT COURT, EDNC BY ___ DEP CLK

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

Case 5:17-cv-00114-BO   Document 9   Filed 04/27/17

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. CnS | A. Signature<br>X _Wade Thomas_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) WADE THOMAS  C. Date of Delivery MAR 3 0 2017 |
| North Carolina Dept. of State Treasurer<br>3200 Atlantic Avenue<br>Raleigh, NC 27604 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>RECEIVED APR 0 6 2017<br>U.S. Marshals Service |
| 9590 9402 1790 6074 4460 11<br>5:17cv114BO<br>2. Article Number (Transfer from service label)<br>7016 0910 0000 4529 3940 | 3. Service Type<br>☐ Adult Signature ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery ☐ Registered Mail™<br>☐ Certified Mail® ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise<br>☐ Collect on Delivery ☐ Signature Confirmation™<br>☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery<br>☐ ...d Mail<br>☐ ...d Mail Restricted Delivery ($500) |

PS Form 3811, July 2015 PSN 7530-02-000-9053                                    Domestic Return Receipt