FILED
MAY 1 8 2017
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

# UNITED STATES DISTRICT COURT OF NORTH CAROLINA (EASTERN DIVISION)

ROSITA SABROSSO-RENNICK

    Plaintiff

Case No: 5:17-cv-00114-BO

VS.

NORTH CAROLINA STATE TREASURER

    Defendant

## REQUEST FOR AN ORDER OF DEFAULT

WILL THE CLERK OF THE COURT, please issue an Order of Default against the Defendant for failing to respond to the Complaint. On March 30, 2017, the Defendant, through its agent Wade Thomas was served with the Summons and Complaint, via the U.S. Marshalls (Docket Entry 9). The Defendant had twenty-one days to respond and has not responded to the Complaint.

*(signature)*
Rosita Sabrosso-Rennick
2507 Triangle Lake Road
Highpoint NC 27260
443-240-3260

## NOTICE OF SERVICE

I mailed a copy of the Order of Default on this 17th day of May, 2017, via first class mail to: Legal Department, North Carolina State Treasurer, North Carolina Local Government Commission, Longleaf Building, 3200 Atlantic Avenue, Raleigh, NC 27604.

*(signature)*
Rosita Sabrosso-Rennick

Rosita Rennick
2507 Triangle Lake Road
Highpoint, NC 27260


0001218615000011
US District Court NC
Attention: Clerks Office
310 New Bern Avenue
Raleigh, NC 27601