The United States District Court for North Carolina
Eastern Division

FILED
JUN 1 9 2017
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Rosita Sabrosso-Rennick
, Plaintiff

v.

North Carolina Department of State Treasurer, Defendant

Case No: 5:17-CV-00114-BO

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Comes Now Rosita Sabrosso- Rennick, and request a brief extension of time to respond to the Defendant's Motion to Dismiss.

1. The Defendant has filed a Motion to Dismiss.
2. Plaintiff's response is due on June 19, 2017.
3. Plaintiff needs additional time to respond because she has relocated back to Maryland and is still researching the issues raised by the Defendant.
4. Plaintiff only seeks a ten (10) day extension of time, which is brief and does not prejudice the Defendant.
5. Plaintiff's request is made in good faith and not to delay these proceedings.

Plaintiff respectfully request that the Court grant the extension of time.

Respectfully,

*(signature)*

Rosita Sabrosso-Rennick
3802 Delverne Road
Baltimore, Maryland 21218
443-240-3260

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2017, a copy of Plaintiff's Motion for Extension was mailed first class mail postage prepaid to Robert Curran, North Carolina Department of Justice, Po Box 629, 114 West Edenton Street, Raleigh, NC 27602.

_____
Rosita Sabrosso-Rennick