# FedEx Express

ORIGIN ID:SCFA  (480) 473-3282
ROSITA RENNICK
3802 DELVERNE ROAD
BALTIMORE, MD 21218
UNITED STATES US

SHIP DATE: 19JUN17
ACTWGT: 0.10 LB MAN
CAD: 0652175/CAFE3012

BILL SENDER

TO  US DISTRICT COURT NC
ATTENTION: CLERKS OFFICE
310 NEW BERN AVENUE

RALEIGH NC 27601

REF: 1248702

TRK# 7273 5824 0395
TUE - 20 JUN 3:00P
STANDARD OVERNIGHT

XH SOPA        27601
              NC-US RDU



RECEIVED
JUN 2 0 2017
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Extremely Urgent

Insert shipping document here.

Rosita Rennick
3802 Delverne Road
Baltimore, Maryland 21218


0001248702000011
US District Court NC
Attention: Clerks Office
310 New Bern Avenue
Raleigh, NC 27601

1248702-1