The United States District Court for North Carolina
Eastern Division

Rosita Sabrosso-Rennick
, Plaintiff

v.
North Carolina Department of State Treasurer, Defendant

Case No: 5:17-CV-00114-BO

**Plaintiff Notice of Change of Address**

Please note that Plaintiff address has changed as indicated below:

**Rosita Sabrosso-Rennick**
**3802 Delverne Road**
**Baltimore, Maryland 21218**

Rosita Sabrosso-Rennick
3802 Delverne Road
Baltimore, Maryland 21218
443-240-3260

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2017, a copy of Plaintiff's Notice of Change of Address was mailed first class mail postage prepaid to Robert Curran, North Carolina Department of Justice, Po Box 629, 114 West Edenton Street, Raleigh, NC 27602.

Rosita Sabrosso-Rennick