The United States District Court for North Carolina
Eastern Division

Rosita Sabrosso-Rennick

, Plaintiff

v.

North Carolina Department of State Treasurer, Defendant

FILED

JUN 1 9 2017

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Case No: 5:17-CV-00114-BO

### Plaintiff's Motion for the Clerk to Reissue Summons to Defendant

1. It appears that the Plaintiff has listed the incorrect person for service on the Defendant.

2. Plaintiff respectfully request that the summons be reissued to North Carolina Department of State Treasurer, c/o Mr. Sam Hayes, General Counsel, Shannon Conley or Angela Cooper, at North Carolina Department of State Treasurer, 3200 Atlantic Avenue, Raleigh, North Carolina, 27604.

3. Plaintiff will be prejudice if the summonses are not reissued.

Respectfully,

Rosita Sabrosso-Rennick
3802 Delverne Road
Baltimore, Maryland 21218
443-240-3260

### CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2017, a copy of Plaintiff's Motion for Clerk to Reissue Summons was mailed first class mail postage prepaid to Robert Curran, North Carolina Department of Justice, Po Box 629, 114 West Edenton Street, Raleigh, NC 27602.

Rosita Sabrosso-Rennick