U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

RECEIVED
FEB 12 2018
U.S. Marshals Service, EDNC

| PLAINTIFF<br>Rosita Sabrosso-Rennick | COURT CASE NUMBER<br>5:17-cv-114-BO |
|---|---|
| DEFENDANT<br>North Carolina State Treasurer | TYPE OF PROCESS<br>Summons Complaint Amnd Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
North Carolina State Treasurer c/o ~~Sam Hayes, General~~ Counsel, Shannon Conley or Angela Cooper

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
3200 Atlantic Avenue, Raleigh NC 27604

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Rosita Sabrosso-Rennick
3802 Delverne Road
Baltimore, MD 21218

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | 919-645-1700 | 2/12/18 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 56 | No. 56 | Carol Smith | 2-12-18 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time |
|---|---|
| 3-1-18 | ☐ am ☐ pm |

Signature of U.S. Marshal or Deputy: Carol Smith

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | 8.00 ~~$0.00~~ |

REMARKS: 2-26-18 CERTIFIED MAIL 7017 2400 0000 0969 5145
3-8-18 SEE PS FORM 3311 OR USPS TRACKING

FILED
MAR 08 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY DEP CLK

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

North Carolina State Treasurer
C/O Sam Hayes, General Counsel
Shannon conley or Angela Cooper
3200 Atlantic Avenue
Raleigh, NC 27604

9590 9402 3417 7227 1644 35

517 CV114BO

2. Article Number (*Transfer from service label*)

7017 2400 0000 0969 5145

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X Edwardo Closa ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
MAR 1 - 2018

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

RECEIVED
MAR 08 2018
U.S. Marshals Service, EDNC

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 3417 7227 1644 35

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

United States Marshals Service
310 New Bern Avenue, Suite 100
Raleigh, North Carolina 27601

-144125

# USPS Tracking®

FAQs (http://faq.usps.com/?articleId=220900)

**Track Another Package +**

**Tracking Number:** 70172400000009695145

Remove

Your item was picked up at a postal facility at 8:44 am on March 1, 2018 in RALEIGH, NC 27604.

## Delivered

March 1, 2018 at 8:44 am
Delivered, Individual Picked Up at Postal Facility
RALEIGH, NC 27604

**Get Updates**

---

**Text & Email Updates**

---

**Tracking History**

---

**Product Information**

---

**See Less**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**How can I help you?**