IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-cv-114-BO

| | | |
|---|---|---|
| ROSITA SABROSSO-RENNICK | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MOTION TO DISMISS |
| | ) | AMENDED COMPLAINT |
| NORTH CAROLINA | ) | (Fed. R. Civ. P. 12(b)(6)) |
| STATE TREASURER, | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES the Defendant, North Carolina Department of State Treasurer, by and through undersigned counsel, and hereby moves to dismiss the Plaintiff's amended complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted, as more fully set forth in the memorandum of law filed herewith.

Respectfully submitted, this 22nd day of March, 2018.

                                          JOSHUA H. STEIN
                                          Attorney General

                                          /s/ Joseph A. Newsome
                                          Special Deputy Attorney General
                                          N.C. State Bar No. 25434
                                          North Carolina Department of Justice
                                          P.O. Box 629
                                          Raleigh, NC 27602-0629
                                          Telephone: (919) 716-6800
                                          Facsimile: (919) 716-6755
                                          Email: jnewsome@ncdoj.gov

## CERTIFICATE OF FILING AND SERVICE

This is to certify that the undersigned has this day electronically filed the foregoing MOTION TO DISMISS AMENDED COMPLAINT with the Clerk of Court using the CM/ECF system, and to further certify that the undersigned served the following non-CM/ECF participant by depositing a copy of same with the United States Postal Service, first-class postage prepaid, and addressed as follows::

Rosita Sabrosso-Rennick
3802 Delverne Rd.
Baltimore, MD 21218

This the 22nd day of March, 2018.

/s/ Joseph A. Newsome
Special Deputy Attorney General