## "ATTACHMENT A"
## Rule 26(a) Initial Disclosure of Individuals
## Likely to Have Discoverable Information

| NAME (ADD./TEL./FAX) | SUBJECT MATTER OF THE KNOWLEDGE OR INFORMATION POSSESSED |
|---|---|
| **Rosita Sabrosso-Rennick** 3802 Delverne Road Baltimore, Maryland 21218 Telephone: *443-240-3260* | Plaintiff will testify regarding the allegations in her Complaint. Plaintiff will also testify to her emotional suffering, as it relates to the Defendant's actions. |
| **Agents of State Treasurer** C/o Joseph Newsome, Esq. | Will testify regarding their investigation of Plaintiff's discrimination claims. Will testify regarding their termination of Plaintiff. |
| *Plaintiff's reserves the right to supplement.* | |

4