# "ATTACHMENT B"
# Rule 26(a) Initial Disclosure of Documents and Tangible Things in Plaintiff's Possession

| DOCUMENT/EXHIBIT/DESCRIPTION |
|---|
| Medical bills/records. |
| Plaintiff's job search records |
| Plaintiff's personnel files |
| Copies of Plaintiff's Associate's Degree |
| Copies of Plaintiff's Bachelors Degree |
| Correspondence from the State Treasurer |
| Email communications from Plaintiff and various Defendant employees |
|  |
| **Plaintiff's reserves the right to supplement.** |