## "ATTACHMENT C"
## Rule 26(a) Initial Disclosure of Damages Claimed by Plaintiff.

| DAMAGES | CALCULATIONS/DETERMINATION | DOLLAR AMOUNT OF DAMAGES |
|---|---|---|
| PUNITIVE | SIMILAR CASES/TRIER OF FACT DETERMINATION, ETC., | $500,000 |
| COMPENSATORY | INCONVENIENCE, STRESS, PAIN & SUFFERING; NEGLIGENCE OF DEFENDANTS AND OTHERS | $250,000 |
| MEDICAL BILLS AND COST (SPECIALS)* | MEDICAL BILLS | $2,000 |
| EXPENSES/COST*** | FILING FEE'S, EXPERT FEES, INVESTIGATORS, DEPOSITION COST, COPIES, POSTAGE AND OTHERS. | $5,000 (estimated) |
| FUTURE MEDICAL'S | BASED ON PLAINTIFF'S INJURIES AND AGGRAVATION OF PRE-EXISTING INJURIES. | $0.00 |
| BACK WAGES, FRINGE BENEFITS | PLAINTIFF'S ACTUAL LOSS WAGES | $250,000 |
| FRONT PAY DAMAGES | PAYMENT FOR SIMILAR EMPLOYMENT | $85,000 |

6