

RECEIVED
JUL 27 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **ROSITA SANROSSO-RENNICK**<br><br>PLAINTIFF,<br><br>vs.<br><br>**NORTH CAROLINA STATE TREASURER**<br><br>DEFENDANT, | Civil Case No.: 5:17-cv-114-BO |

## NOTICE OF SERVICE

**I HEREBY CERTIFY THAT**, Plaintiff's Initial Disclosures with Exhibits A, B and C, was served on this 26TH day of July, 2018 via first class mail postage prepaid to:

**Joseph Newsome, Esq.
114 W. Edenton Street
Raleigh, North Carolina 27603
Counsel for Defendant**

_____
Rosita Sabrosso-Rennick

7