UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No: 5:17-CV-114-BO

| | | |
|---|---|---|
| ROSITA SABROSSO-RENNICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NORTH CAROLINA STATE TRESURER, | ) | |
| | ) | |
| Defendant. | ) | |

This cause comes before the Court on plaintiff's Notice of Voluntary Dismissal and accompanying letter. In that document, plaintiff asks the Court "to allow a voluntary dismissal without prejudice" of her case. The Court construes plaintiffs' filing as a request to dismiss the case under Federal Rule of Civil Procedure 41(a)(2). The request is GRANTED and this case is hereby DISMISSED WITHOUT PREJUDICE. The clerk is DIRECTED to close this case.

SO ORDERED, this 29 day of January, 2019.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE